Carl L. **BOLDEN,** Petitioner— Appellant,

v.

Michael **MOORE,** Director, South Carolina Department of Corrections; Henry Dargan McMaster, Attorney General of the State of South Carolina, Respondents—Appellees.

No. 04–6999.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 11, 2004.

Decided Dec. 7, 2004.

Carl L. Bolden, Appellant pro se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, South Carolina, for Appellees.

Before LUTTIG, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl L. Bolden seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2000) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on October 21, 1996. The notice of appeal was filed on May 19, 2004.* Because Bolden failed to file a

---

* For the purpose of this appeal, we assume that   the date appearing on the notice of appeal is

timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*

the earliest date it could have been properly delivered to prison officials for mailing to the court. *See* Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).